STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ROBERT FRANK, PLAINTIFF IN ERROR.

Submitted December 10, 1917—Decided January 31, 1918.

On error to the Supreme Court, whose opinion is reported in 90 *N. J. L.* 78.

For the defendant in error, *Robert S. Hudspeth.*

For the plaintiff in error, *Samuel A. Besson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.